IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02370-LTB

WILLIAM ELLER,

     Plaintiff,

v.

STEVE HARTLEY,
DARYL VIGIL,
RENEE APODACA,
RYAN FLORES,
MR. POUNDS,
PENNY SPEARING, AND
GLENNA CLAUNCH,

     Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on November 29, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 29 day of November, 2012.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/L. Gianelli
    Deputy Clerk